Todd A. Pickles (SBN 215629)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Shirin Afsous *(Pro Hac Vice* forthcoming*)*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: 703.749.1354
Shirin.Afsous@gtlaw.com

Attorneys for Defendant
TOMOCREDIT, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

DESHAUN JOHNSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TOMOCREDIT, INC.

Defendant.

CASE NO. 4:26-cv-01172-HSG

**ORDER REGARDING STIPULATION ADJOURNING CASE MANAGEMENT CONFERENCE (as modified)**

**(L.R. 16-2(e))**

Action Filed: February 9, 2026

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case management conference scheduled for July 28, 2026 is adjourned until August 4, 2026 at 2:00 p.m. via zoom. The zoom information and instructions remain the same as previously provided in docket no. 23.

DATED: 7/24/2026

Honorable Haywood S Gilliam, Jr.