United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DESHAUN JOHNSON,

Plaintiff,

v.

TOMOCREDIT, INC.,

Defendant.

Case No. 26-cv-01172-HSG

**SCHEDULING ORDER**

A case management conference was held on August 4, 2026. Having considered the parties' proposals, *see* Dkt. No. 34, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 5, 2026 |
| Close of Fact Discovery | February 26, 2027 |
| Exchange of Opening Expert Reports | March 17, 2027 |
| Exchange of Rebuttal Expert Reports | April 14, 2027 |
| Close of Expert Discovery | April 28, 2027 |
| Class Certification Filing Deadline | March 17, 2027 |
| Class Certification Hearing | May 6, 2027, at 2:00 p.m. |

//

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/6/2026

Haywood S. Gilliam, Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge