Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
jsamra@stranchlaw.com

*Attorneys for Plaintiff*

Todd A. Pickles (SBN 215629)
400 Capitol Mall, Suite 2400
**GREENBERG TRAURIG, LLP**
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Shirin Afsous (Pro Hac Vice forthcoming)
**GREENBERG TRAURIG, LLP**
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: 703.749.1354
Shirin.Afsous@gtlaw.com

*Attorneys for Defendant*
TOMOCREDIT, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

DESHAUN JOHNSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TOMOCREDIT, INC.

Defendant.

Case No. 4:26-cv-01172-HSG

**STIPULATION AND ORDER SELECTING PRIVATE ADR**

The Honorable Haywood S. Gilliam, Jr.
Courtroom 2, 4th Floor

Pursuant to the Court's August 4, 2026 Minute Order (ECF No. 39), Plaintiff Deshaun Johnson ("Plaintiff") and Defendant TomoCredit, Inc. ("Defendant" or "TomoCredit") (collectively, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, counsel for the Parties have met and conferred, and agree to engage in a private ADR process, pursuant to ADR L.R. 8-2;

**WHEREAS**, counsel for the Parties have met and conferred, and agree to hold a joint private mediation with the parties in *Card v. TomoCredit, Inc.*, No. 4:25-cv-11018-HSG (N.D. Cal.) on August 17, 2026 with the Hon. David E. Jones (Ret.);

**WHEREAS**, the Parties agree to a deadline of August 31, 2026, to complete private ADR in this matter;

**NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED**, subject to approval by the Court, that the deadline for the Parties to complete private ADR is August 31, 2026.

Dated: August 11, 2026

Respectfully submitted,

**STRANCH, JENNINGS & GARVEY, PLLC**

*/s/ Joshua D. Samra*
Joshua D. Samra (SBN 313050)
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
jsamra@stranchlaw.com

*Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**

*/s/ Todd A. Pickles*
Todd A. Pickles (SBN 215629)
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Shirin Afsous (*Pro Hac Vice* forthcoming)
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: 703.749.1354
Shirin.Afsous@gtlaw.com

*Attorneys for Defendant* TOMOCREDIT, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Joshua D. Samra, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of August, 2026, at San Francisco, California.

*/s/ Joshua D. Samra*
Joshua D. Samra

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/12/2026

Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
United States District Judge